**No. 10-782. Mohan Thampi, Petitioner v. Manatee County Board of Commissioners.**

562 U.S. 1219, 131 S. Ct. 1492, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1342.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 983.